FILED
CLERK, U.S. DISTRICT COURT
MAY - 3 2021
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Michael Anthony Wieczorek Defendant. | Case No.: 2:17-CR-00427-JFW-1 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed. R. Crim. P. 32.1(a)(6); 18 U.S.C. § 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the **Central Dist. CA**, for alleged violation(s) of the terms and conditions of his/her [probation] (supervised release); and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on **instant allegations of absconding from RRC; attempt to flee during arrest; lack of bail resources and verified background**

and/or

B. ☑ The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on ___criminal history; April 2021 arrests; history of substance abuse___

IT THEREFORE IS ORDERED that the defendant be detained pending further revocation proceedings.

DATED: 5/3/21

*Karen E. Scott*
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE