

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL ANTHONY<br>WIECZOREK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

NO. 2:17-CR-00427-JFW

ORDER OF DETENTION AFTER
HEARING

[Fed.R.Crim.P. 32.1(a)(6);
18 U.S.C. 3143(a)]

The defendant having been arrested in Orange County pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

\\

\\

\\

1

A.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission, and

- The defendant's failure to proffer any evidence to meet the defendant's burden on this issue;
- the prior revocation of the defendant's supervised release;

and

B.   (X)   The defendant has not met the defendant's burden of establishing by clear and convincing evidence that the defendant is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the defendant's submission, and

- failure to proffer any evidence to meet the defendant's burden on this issue;
- criminal history;

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

DATED: December 19, 2022

KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE

2